BOAZ, MARKLEE & CO. v. B. B. PADDOCK et als.

(No. 364, Op. Book No. 1, p. 257.)

APPEAL from Tarrant County.    Opinion by WHITE, J.

§ **39.** *Defective service in justice's court.* On appeal from a justice's to the county court, it is error for the latter court to dismiss the case because of defective service in the justice's court. In the county court the trial is *de novo*, and the want of proper citation and service would not authorize a dismissal of the suit. [Sheldon v. City of San Antonio, 25 Tex. Sup. 177.]

§ **40.** *Trial de novo.* A meritorious defense could be as available on the trial *de novo* in the district or county court as before the justice. If there be such defense, relief can be had without remanding the cause. [Perry v. Rhode, 20 Tex. 729.]

May 7, 1877.                          Reversed and remanded.